UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD BERGMAN, et al.,

        Plaintiffs,

                                      CASE NO. 07-15190
v.                              HONORABLE DENISE PAGE HOOD

ROANOKE COMPANIES GROUP,
INC., et al.,

        Defendants.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S RESPONSE, GRANTING PLAINTIFF'S MOTION TO ADJOURN TRIAL, AND GRANTING DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendant Aerofil's Motion to Strike Plaintiff's Response to the Motion for Summary Judgment **[Docket No. 52, filed on February 24, 2011]**. For the reasons set forth on the record, this motion is DENIED.

This matter is also before the Court on Plaintiff's Motion to Adjourn Trial Date **[Docket No. 70, filed on April 19, 2011]**. For the reasons set forth on the record, this motion is GRANTED.

This matter is also before the Court on Defendant's Motion for Leave to Supplement the Motion for Summary Judgment with an Additional Argument **[Docket No. 71, filed on May 2, 2011]**. For the reasons set forth on the record, this motion is GRANTED.

    **IT IS SO ORDERED.**

Dated: August 19, 2011                     S/Denise Page Hood
                                                DENISE PAGE HOOD
                                                UNITED STATES DISTRICT JUDGE

07-15190  Bergman, et al v. Roanoke Companies Group, Inc., et al
Order Denying Motion to Strike, etc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 19, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160